

# Fourth Court of Appeals
## San Antonio, Texas

May 31, 2022

No. 04-22-00292-CR

David **CASTILLO**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 365th Judicial District Court, Zavala County, Texas
Trial Court No. 20-01-003847-ZCRAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

The trial court imposed or suspended sentence on March 26, 2022. Because appellant did not file a motion for new trial, the notice of appeal was due to be filed on April 25, 2022. TEX. R. APP. P. 26.2(a)(1). A motion for extension of time to file the notice of appeal was due on May 10, 2022. TEX. R. APP. P. 26.3. Appellant did not file a motion for extension of time and he filed his notice of appeal on May 18, 2022.

"A timely notice of appeal is necessary to invoke the jurisdiction of this Court." *Taylor v. State*, 424 S.W.3d 39, 43 (Tex. Crim. App. 2014). "A defendant's notice of appeal is timely if filed within thirty days after the day sentence is imposed or suspended, or within ninety days after sentencing if the defendant timely files a motion for new trial." *Id*. (citing TEX. R. APP. P. 26.2(a)(1)). Because appellant did not timely file a notice of appeal, it appears that we lack jurisdiction over this appeal.

We, therefore, ORDER appellant to show cause in writing **no later than June 10, 2022** why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines are suspended until further order of the court.

_____
Lori I. Valenzuela, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of May, 2022.



MICHAEL A. CRUZ, Clerk of Court